```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     EASTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|         PLAINTIFF,    ) | |
|     v.                             ) | CIVIL ACTION NO. 3:07cv813-MHT |
| ONE REMINGTON RIFLE, MODEL     ) | |
| 7400, 30-06 CALIBER, BEARING   ) | |
| SERIAL NUMBER 8084 and         ) | |
| ONE MARLIN RIFLE, MODEL 120,   ) | |
| .22 CALIBER, BEARING SERIAL    ) | |
| NUMBER 27367587,               ) | |
|         DEFENDANTS.   ) | |

<u>WARRANT FOR ARREST IN REM</u>

TO THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES:

WHEREAS, a Verified Complaint of Forfeiture <u>In Rem</u> has been filed in the United States District Court for the Middle District of Alabama, alleging that the Defendant property is subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1) for violation of 18 U.S.C. § 922(d)(3);

And, the Court being satisfied that, based on the Verified Complaint of Forfeiture <u>In Rem</u>, there is probable cause to believe that the Defendant property so described constitutes property involved in or traceable to such violations of 18 U.S.C. § 922(d)(3), and that grounds for application for issuance of a warrant for arrest <u>in rem</u> exist, pursuant to Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize said Defendant property, and use your discretion and whatever means appropriate to protect and maintain said Defendant property; and,

IT IS FURTHER ORDERED that you shall send any person who reasonably appears to be a potential claimant based upon the facts known to the United States, a copy of this Warrant and Verified Complaint In Rem in a manner consistent with the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure; and,

IT IS FURTHER ORDERED that you publish notice to all persons of this action and the procedures to be followed for making a claim as described in this Warrant in a manner consistent with Supplemental Rule G(4)(a); and,

IT IS FURTHER ORDERED that a return of this Warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed; and,

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the Defendant property shall file a claim asserting that interest, in the manner set forth in 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5), and such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint, and shall serve and file their answers to the Complaint within twenty

(20) days after the filing of the claim with the Office of the Clerk, United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama 36104, with a copy thereof sent to:

        John T. Harmon
        Assistant United States Attorney
        Office of the United States Attorney
        Middle District of Alabama
        131 Clayton Street
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        Telephone: (334) 223-7280.

    DONE, this the 12th day of September, 2007.

                                          /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE