( Help )

RECEIVED
2007 OCT -2  P 12:52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MR John T Harmon                3:07cv813

    I REX A May SR am The Person That owns The Guns. I had Left Them at My Daughter House, (miss shafer). I would Like to File a Clame for The Two Guns. They were Used for Hunting. The 22 Rifil (serial number 27367587) was a gift To My Grandson (miss shafer son). The 30-06 (Serial Number 8084299) was Purchased For Hunting.

    I Do Not Know any Thing about The Laws. I Have Never Been in Trouble Before. I would Be Greatful if you would Help Me Get My Guns Back. Me, miss shafer or The Guns has Never Been in Trouble Before, They were in The Wrong Place at a Bad Time.

    Civil Action No. 3:07cv813-MHT

    If I need To Do anyThing else Please Let Me Know
REX A. May SR
171 co Rd 603
Wedowee, Al. 36278

ASSET LIST FOR Claim Acknowledgement

Agency Case Number : 776045-07-0115
Seizure Number : 776045-07-0115-01

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE |
|---|---|---|
| 776045-07-0115-01-000001 | FIREARM: RIFLE, MNF: REMINGTON ARMS COMPANY, INC., MODEL: 7400, CAL: 30-06, BAR: 0, CAP: 0, LEN: 0, SN: B8084299, TYPE: RIFLE | $100 |
| 776045-07-0115-02-000002 | FIREARM: RIFLE, MNF: MARLIN FIREARMS CO., MODEL: MODEL 120, CAL: 22, BAR: 0, CAP: 0, LEN: 0, SN: 27367587, TYPE: RIFLE | $100 |

# U.S. Department of Justice

*United States Attorney*
*Middle District of Alabama*

|  |  |
|---|---|
| 131 Clayton Street | Telephone: 334/223-7280 |
| Post Office Box 197 | Fax: 334/223-7560 |
| Montgomery, Alabama 36104-3429 | Fin Lit Fax: 334/223-7201 |
|  | Civil Fax 334/223-7418 |
|  | Criminal Fax: 334/223-7135 |

September 28, 2007

Honorable Myron H. Thompson
United States District Judge
Middle District of Alabama
Post Office Box 235
Montgomery, AL 36101

    Re:  <u>U.S. v. Remington Rifle & Marlin Rifle</u>
           Case No. 3:07cv813-MHT

Dear Judge Thompson:

    The United States received the attached letter from Mr. Rex A. May, Sr. on September 28, 2007. Of course, undersigned counsel may not offer Mr. May legal advice or otherwise assist him. It appears that Mr. May is unaware of the requirements for protecting his interests in such cases and that he is without legal counsel.

    The United States is forwarding this letter to you to insure that the court is aware of Mr. May's position in this case and his assertion of an interest in the Defendant property. I have also included a copy of the United States' letter in response to Mr. May's correspondence.

                                    Sincerely yours,

                                    FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY

                                    John T. Harmon
                           Assistant United States Attorney

JTH:jsw
Enclosures



# U.S. Department of Justice

*United States Attorney*
*Middle District of Alabama*

---

|  |  |
|---|---|
| 131 Clayton Street | Telephone: 334/223-7280 |
| Post Office Box 197 | Fax: 334/223-7560 |
| Montgomery, Alabama 36104-3429 | Fin Lit Fax: 334/223-7201 |
|  | Civil Fax 334/223-7418 |
|  | Criminal Fax: 334/223-7135 |

September 28, 2007

Rex May, Sr.
171 County Road 603
Wedowee, AL 36278

Re:  <u>U.S. v. Remington Rifle & Marlin Rifle</u>
     Case No. 3:07cv813-MHT

Dear Mr. May:

   I received your letter requesting assistance in this case on September 28, 2007. It would be improper for me to offer you any legal advice or otherwise act on your behalf in this matter. However, I urge you to seek legal counsel immediately.

                              Sincerely yours,

                              FOR THE UNITED STATES ATTORNEY
                                  LEURA G. CANARY

                                  *[signature]*
                                  John T. Harmon
                              Assistant United States Attorney

JTH:jsw