IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        )<br>    Plaintiff,   )<br>        )<br>    v.      )<br>        )<br>ONE REMINGTON RIFLE, MODEL )<br>7400, 30-06 CALIBER,   )<br>BEARING SERIAL NUMBER 8084, )<br>and ONE MARLIN RIFLE,  )<br>MODEL 120, .22 CALIBER,  )<br>BEARING SERIAL NUMBER  )<br>27367587,     )<br>        )<br>    Defendants.   ) | CIVIL ACTION NO.<br>3:07cv813-MHT |

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 3rd day of October, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE