

FOR GOVERNMENT AGENCY USE ONLY

DATE CLAIM RECEIVED: _____

RECEIVED

# SEIZED ASSET CLAIM FORM

2007 OCT -4 A 9: 59

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CLAIM FILED TIMELY?  Y ☐   N ☐

Name: *REX A May SR.*

Address: *171 Co Rd 603 -*
*Wedowee, Al 36278*

Telephone No. ( *256-357-4693*

Agency Case No.: *776045-07-0115*

Seizure No.: *77 6045-07-0115-01*
*Civil Action # 3:07cv813-MHT*

PART I  City & State of Seizure: *Wedowee, Alabama*
*County Randolph*

List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

1. *Remington, Model: 7400 Cal: 30-06   SN: 8084299, Rifle*
2. *Marlin - Rev. Model: 120   Cal: 22   SN 27367587 Rifle*
3. _____
4. _____
5. _____
6. _____

## PART II

State your interest in each item of property listed above. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

*The 30-06 bought and No bill of Sell*
*Was Written. The Person Purchased from has*
*Moved and I Cannot Contact him.*

*The 22 Rifle was a gift To my*
*Grandson on his 1st Birthday*

*These Guns Was used for*
*Hunting*
*They were Left at LynWood Johnson's House*