IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07CV813-MHT |
| | ) | (WO) |
| One Remington Rife, Model 7400, | ) | |
| 30-06, Bearing Serial Number 8084, | ) | |
| et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review of the file in this case, the court has determined that claimant Rex A. May, Sr. has filed an unsworn claim. An unsworn claim is insufficient to confer standing on May as a claimant. Accordingly, and for good cause, it is

ORDERED that Rex A. May, Sr. may file a verified claim[1] stating his right or interest in the property which is the subject of this action on or before October 22, 2007. May must serve an answer to the complaint within twenty days after filing the verified claim. 18 U.S.C. § 983(a)(4)(A); Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, Rule C(6). May is advised that if he fails to file a verified claim within the time allowed by the court, his claim may be disallowed.

---

[1] May may swear to his claim before a notary authorized to administer oaths or may, alternatively, sign a declaration under penalty of perjury in the form authorized by 28 U.S.C. § 1746.

DONE, this 5th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE