IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07CV813-MHT |
| ) | |
| One Remington Rifle, Model 7400, ) | |
| 30-06, Bearing Serial Number 8084 and ) | |
| One Marlin Rifle, Model 120, ) | |
| .22 Caliber, ) | |
| Bearing Serial Number 27367587 ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

Upon review of the file in this case, the court has determined that claimant Rex A. May, Sr. has not filed a verified claim as required by the rules applicable to asset forfeiture actions and the order of the court entered on October 5, 2007. Accordingly, and for good cause, it is

ORDERED that if the United States intends to file a motion to strike the claim, as permitted by Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, Rule G(8)(c), it shall do so on or before January 23, 2008.

It is further ORDERED that the United States is DIRECTED to file, on or before January 23, 2008, evidence of publication of the notice of forfeiture action or to provide evidence, on or before that date, that such publication is not required.

DONE, this 10th day of January, 2008.

<u>/s/ Susan Russ Walker</u>
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE