IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv813-MHT |
| ) | |
| ONE REMINGTON RIFLE, MODEL ) | |
| 7400, 30-06 CALIBER, BEARING ) | |
| SERIAL NUMBER 8084 and ) | |
| ONE MARLIN RIFLE, MODEL 120, ) | |
| .22 CALIBER, BEARING SERIAL ) | |
| NUMBER 27367587, ) | |
| ) | |
| DEFENDANTS. ) | |

## MOTION TO STRIKE CLAIM OF REX A. MAY, SR.

The United States of America (United States) hereby moves to strike the claim filed on behalf of Rex A. May, Sr. (May) on the ground that the claim filed is not signed by May under penalty of perjury. See Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. This Motion is supported by a Memorandum of Law filed herewith on this 23rd day of January, 2008.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

    I hereby certify that on January 23, 2008, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/CECF participant:

Rex A. May, Sr.
171 County Road 603
Wedowee, Alabama 36278.

                                            /s/John T. Harmon
                                            John T. Harmon
                                            Assistant United States Attorney