```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  EASTERN DIVISION
```

UNITED STATES OF AMERICA,    )
                             )
            PLAINTIFF,       )
                             )
     v.                      )    CIVIL ACTION NO. 3:07cv813-MHT
                             )
ONE REMINGTON RIFLE, MODEL   )
7400, 30-06 CALIBER, BEARING )
SERIAL NUMBER 8084 and       )
ONE MARLIN RIFLE, MODEL 120, )
.22 CALIBER, BEARING SERIAL  )
NUMBER 27367587,             )
                             )
            DEFENDANTS.      )

## RESPONSE TO ORDER

The United States of America (United States) hereby responds as follows to this Court's Order of January 29, 2008:

Rule G(4)(a)(i)(A) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Supplemental Rules) allows the United States to refrain from publishing notice where the Defendant property is worth less than $1,000 and direct notice consistent with Rule G(4)(b) of the Supplemental Rules has been sent to every person the government can reasonably identify as a potential claimant.

Attached herewith is the estimated value of the Defendant property as determined by the Bureau of Alcohol, Tobacco and Firearms. Additionally, the United States asserts that notice, pursuant to Rule G(4)(b) has been sent to all persons reasonably identifiable as a potential claimant.

Accordingly, the United States contends that publication, pursuant to the Warrant and Rule G(4)(a), is not required.

Respectfully submitted this 31st day of January, 2008.

                          FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY

                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Office of the United States Attorney
                        131 Clayton Street
                        Montgomery, Alabama 36104
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/CECF participant:

Rex A. May, Sr.
171 County Road 603
Wedowee, Alabama 36278.

                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney

May 1, 2007

ASSET LIST FOR Seizure Notice

| | | |
|---|---|---|
| Agency Case Number | : | 776045-07-0115 |
| Seizure Number | : | 776045-07-0115-01 |

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE |
|---|---|---|
| 776045-07-0115-01-000001-01 | FIREARM: RIFLE, MNF: REMINGTON ARMS COMPANY, INC., MODEL: 7400, CAL: 30-06, BAR: 0, CAP: 0, LEN: 0, SN: B8084299, TYPE: RIFLE | $100 |
| 776045-07-0115-02-000002-01 | FIREARM: RIFLE, MNF: MARLIN FIREARMS CO., MODEL: MODEL 120, CAL: 22, BAR: 0, CAP: 0, LEN: 0, SN: 27367587, TYPE: RIFLE | $100 |