IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07CV813-MHT |
| ) | |
| One Remington Rife, Model 7400, ) | |
| 30-06, Bearing Serial Number 8084, ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

For good cause, it is

ORDERED that Rex A. May, Sr. may respond to the motion of the United States (Doc. # 15) to strike May's claim on or before February 25, 2008.

Done, this 15th day of February, 2008.


                                                /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE