IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv813-MHT |
| ) | |
| ONE REMINGTON RIFLE, MODEL ) | |
| 7400, 30-06 CALIBER, BEARING ) | |
| SERIAL NUMBER 8084 and ) | |
| ONE MARLIN RIFLE, MODEL 120, ) | |
| .22 CALIBER, BEARING SERIAL ) | |
| NUMBER 27367587, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the recommendation of the magistrate judge filed herein on February 26, 2008 (doc. no. 20), said recommendation is adopted, and it is the ORDER, JUDGMENT and DECREE of the court that the plaintiff's motion to strike the claim of Rex A. May, Sr. (doc. no. 15) is granted.

DONE, this the 27th day of June, 2008.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE